B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Western District of North Carolina | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hucks Road Investments I, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**26-0467487** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**21210 Captiva Court**<br>**Cornelius, NC**<br>ZIP Code **28031** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Mecklenburg** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 2326**<br>**Cornelius, NC**<br>ZIP Code **28031** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7            ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9                  of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13                of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,     ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as           business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| **Filing Fee** (Check one box) | Check one box: | **Chapter 11 Debtors** |
|---|---|---|

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**                                                                            THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)     Page 2

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Hucks Road Investments I, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** *(To be completed if debtor is an individual whose debts are primarily consumer debts.)* |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>    Signature of Attorney for Debtor(s)     (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hucks Road Investments I, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Travis W. Moon**
Signature of Attorney for Debtor(s)

**Travis W. Moon 3067**
Printed Name of Attorney for Debtor(s)

**Moon Wright & Houston, PLLC**
Firm Name

**227 West Trade Street
Suite 180
Charlotte, NC 28202**

Address

**704-944-6560  Fax: 704-944-0380**
Telephone Number

**October 29, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Phil M. Gandy, Jr.**
Signature of Authorized Individual

**Phil M. Gandy, Jr.**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**October 29, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# **CORPORATE RESOLUTION**

I, the undersigned, being the Member/Manager of **Hucks Road Investments I, LLC**, a North Carolina limited liability corporation (the "Company"), having corporate headquarters located at 21210 Captiva Court, Cornelius, NC 28031, do hereby adopt the following resolutions by signing below to consent to action without holding a formal meeting of the Board of the Company:

RESOLVED, that the filing by the Company of a petition for relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of North Carolina is approved; and it is

FURTHER RESOLVED, that the officers of the Company are authorized, empowered, and directed to execute on behalf of the Company a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, forms, schedules, application or any other pleadings or documents which are necessary or appropriate, including debtor-in-possession financing arrangements; and it is

FURTHER RESOLVED, that the retention on behalf of the Company of the law firm of Moon Wright & Houston, PLLC, upon such terms and conditions as the officers of the Company shall approve, to render legal services to, and to represent the Company in connection with such chapter 11 proceedings and other related matters in connection therewith, is authorized and approved; and it is

FURTHER RESOLVED, that any of the officers of the Company are each severally authorized to retain on behalf of the Company such other professionals as the officers of the Company deem necessary or appropriate, upon such terms and conditions as the officers of the Company shall approve, to render services to the Company in connection with such chapter 11 proceedings and with respect to other related matters in connection therewith; and it is

FURTHER RESOLVED, that any of the officers of the Company are authorized, empowered, and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to bankruptcy court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that all actions taken by the officers of the Company prior to the date hereof in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, and approved.

Dated: Charlotte, North Carolina
       October 29, 2015

By:  */s/ Phil M. Gandy, Jr.*
Name: Phil M. Gandy, Jr., Manager

MWH: 10307.001; 00014629.1

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Hucks Road Investments I, LLC**　　　　　　　　　Case No.
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

　　Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Arno M Schneider Paas Trust**<br>**c/o Arno JS Paas**<br>**104 Dee Drive**<br>**Charleston, WV 25311** | **Arno M Schneider Paas Trust**<br>**c/o Arno JS Paas**<br>**104 Dee Drive**<br>**Charleston, WV 25311** | | | **775,000.00** |
| **Arthur H. Davis and Rose K. Davis**<br>**Alfred A. Davis Revocable Trust**<br>**c/o Kunkleman & Lucente**<br>**1915 Rexford Road, Suite 200**<br>**Charlotte, NC 28211** | **Arthur H. Davis and Rose K. Davis**<br>**Alfred A. Davis Revocable Trust**<br>**c/o Kunkleman & Lucente**<br>**Charlotte, NC 28211** | | | **3,202,500.00** |
| **BDO Seidman**<br>**1001 Morehead Square Drive, Suite 300**<br>**Charlotte, NC 28203** | **BDO Seidman**<br>**1001 Morehead Square Drive, Suite 300**<br>**Charlotte, NC 28203** | | | **12,288.00** |
| **Carroll Gray & Associates**<br>**21235 Blakely Shores Drive**<br>**Cornelius, NC 28031** | **Carroll Gray & Associates**<br>**21235 Blakely Shores Drive**<br>**Cornelius, NC 28031** | | | **4,250.00** |
| **Culp, Elliot & Carpenter, PLLC**<br>**4401 Barclay Downs Drive, Suite 200**<br>**Charlotte, NC 28209** | **Culp, Elliot & Carpenter, PLLC**<br>**4401 Barclay Downs Drive, Suite 200**<br>**Charlotte, NC 28209** | | | **6,000.00** |
| **DesignCraft PA**<br>**2029 E. 9th Street**<br>**Charlotte, NC 28204** | **DesignCraft PA**<br>**2029 E. 9th Street**<br>**Charlotte, NC 28204** | | | **5,000.00** |
| **Eastfield Station, LLC**<br>**PO Box 2326**<br>**Cornelius, NC 28031** | **Eastfield Station, LLC**<br>**PO Box 2326**<br>**Cornelius, NC 28031** | | | **5,000.00** |
| **Gandy Investments, LLC**<br>**PO Box 2326**<br>**Cornelius, NC 28031** | **Gandy Investments, LLC**<br>**PO Box 2326**<br>**Cornelius, NC 28031** | | | **5,000.00** |
| **Gandy Realty, LLC**<br>**PO Box 2326**<br>**Cornelius, NC 28031** | **Gandy Realty, LLC**<br>**PO Box 2326**<br>**Cornelius, NC 28031** | | | **5,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Hucks Road Investments I, LLC**  
_____  
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Hunter Realty and West Hunter, Jr.**<br>118 Timber Road<br>Mooresville, NC 28115 | **Hunter Realty and West Hunter, Jr.**<br>118 Timber Road<br>Mooresville, NC 28115 | | | 162,500.00 |
| **MJ Consulting**<br>10721 Tradition View Drive<br>Charlotte, NC 28269 | **MJ Consulting**<br>10721 Tradition View Drive<br>Charlotte, NC 28269 | | | 1,750.00 |
| **Oakland Avenue Investments**<br>21210 Captiva Court<br>Cornelius, NC 28031 | **Oakland Avenue Investments**<br>21210 Captiva Court<br>Cornelius, NC 28031 | | | 337,823.00 |
| **Phil M. Gandy, Jr.**<br>21210 Captiva Court<br>Cornelius, NC 28031 | **Phil M. Gandy, Jr.**<br>21210 Captiva Court<br>Cornelius, NC 28031 | | | 60,000.00 |
| **PhilBec Investments, LLC**<br>PO Box 2326<br>Cornelius, NC 28031 | **PhilBec Investments, LLC**<br>PO Box 2326<br>Cornelius, NC 28031 | | | 22,500.00 |
| **Rebecca J. Gandy**<br>21210 Captiva Court<br>Cornelius, NC 28031 | **Rebecca J. Gandy**<br>21210 Captiva Court<br>Cornelius, NC 28031 | | | 5,275.00 |
| **SEPI Engineering & Construction**<br>11020 David Taylor Drive<br>Suite 115<br>Charlotte, NC 28262 | **SEPI Engineering & Construction**<br>11020 David Taylor Drive<br>Suite 115<br>Charlotte, NC 28262 | | | 5,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 29, 2015**　　　　　　　　　　Signature　**/s/ Phil M. Gandy, Jr.**  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Phil M. Gandy, Jr.**  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of North Carolina

In re: **Hucks Road Investments I, LLC**, Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gandy Investments, LLC**<br>PO Box 2326<br>Cornelius, NC 28031 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 29, 2015**    Signature **/s/ Phil M. Gandy, Jr.**
Phil M. Gandy, Jr.
Manager

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### Western District of North Carolina

In re   **Hucks Road Investments I, LLC**                              Case No.
                                        Debtor(s)                      Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 29, 2015**                       **/s/ Phil M. Gandy, Jr.**
                                                   **Phil M. Gandy, Jr.**/**Manager**
                                                   Signer/Title

.

Arno M Schneider Paas Trust
c/o Arno JS Paas
104 Dee Drive
Charleston, WV 25311


Arthur H. Davis and Rose K. Davis
Alfred A. Davis Revocable Trust
c/o Kunkleman & Lucente
1915 Rexford Road, Suite 200
Charlotte, NC 28211


BDO Seidman
1001 Morehead Square Drive, Suite 300
Charlotte, NC 28203


Carroll Gray & Associates
21235 Blakely Shores Drive
Cornelius, NC 28031


Culp, Elliot & Carpenter, PLLC
4401 Barclay Downs Drive, Suite 200
Charlotte, NC 28209


DesignCraft PA
2029 E. 9th Street
Charlotte, NC 28204


Eastfield Station, LLC
PO Box 2326
Cornelius, NC 28031


Gandy Investments, LLC
PO Box 2326
Cornelius, NC 28031


Gandy Realty, LLC
PO Box 2326
Cornelius, NC 28031


Hunter Realty and West Hunter, Jr.
118 Timber Road
Mooresville, NC 28115

```
Mecklenburg County Tax Collector
P.O. Box 71063
Charlotte, NC 28272-1063


MJ Consulting
10721 Tradition View Drive
Charlotte, NC 28269


Oakland Avenue Investments
21210 Captiva Court
Cornelius, NC 28031


Phil M. Gandy, Jr.
21210 Captiva Court
Cornelius, NC 28031


PhilBec Investments, LLC
PO Box 2326
Cornelius, NC 28031


Rebecca J. Gandy
21210 Captiva Court
Cornelius, NC 28031


SEPI Engineering & Construction
11020 David Taylor Drive
Suite 115
Charlotte, NC 28262
```

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Hucks Road Investments I, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Hucks Road Investments I, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Gandy Investments, LLC**  
**PO Box 2326**  
**Cornelius, NC 28031**

☐ None [*Check if applicable*]

**October 29, 2015**  
Date

**/s/ Travis W. Moon**  
**Travis W. Moon 3067**  
Signature of Attorney or Litigant  
Counsel for  **Hucks Road Investments I, LLC**  
**Moon Wright & Houston, PLLC**  
**227 West Trade Street**  
**Suite 180**  
**Charlotte, NC 28202**  
**704-944-6560 Fax:704-944-0380**